## Commonwealth *v.* Rogers, Appellant.

Submitted November 17, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Spencer Rogers,* appellant, in propria persona.

*Juanita Kidd Stout* and *Benjamin H. Renshaw, Jr.,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, December 9, 1958:

The order of the court below dismissing relator's petition for writ of error coram nobis is affirmed on the opinion of Judge GRIFFITHS, as reported in 15 Pa. D. & C. 2d 39. See, also, *Com. v. Connelly,* 172 Pa. Superior Ct. 363, 94 A. 2d 68; *Com. v. Kurus,* 371 Pa. 633, 634, 635, 92 A. 2d 196.